UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ALFREDO M. BARRAGAN,

            Petitioner,

    v.

STATE OF WASHINGTON,

            Respondent.

Case No. 2:19-cv-1851-TSZ-MLP

REPORT AND RECOMMENDATION

Petitioner Alfredo Barragan filed a *pro se* proposed 28 U.S.C. § 2254 petition for writ of habeas corpus. (Dkt. # 1.) On November 15, 2019, the Clerk notified Petitioner that he must either pay the filing fee or submit an application to proceed *in forma pauperis* ("IFP") and that if he did not do so by December 16, 2019, his case may be dismissed. (Dkt. # 2.) As of this date, Petitioner has not submitted the filing fee or an IFP application. Accordingly, the Court recommends Petitioner's proposed petition be dismissed without prejudice and the matter be closed. A proposed order accompanies this Report and Recommendation.

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed. Failure to file objections within the specified time may affect your

REPORT AND RECOMMENDATION - 1

right to appeal. Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed. Responses to objections may be filed within **fourteen (14) days** after service of objections. If no timely objections are filed, the matter will be ready for consideration by the District Judge on **January 10, 2020**.

    The Clerk is directed to send copies of this Report and Recommendation to Petitioner.

    Dated this 19th day of December, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2