UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALFREDO M. BARRAGAN,<br><br>       Petitioner,<br><br>  v.<br><br>STATE OF WASHINGTON,<br><br>       Respondent. | Case No. 2:19-cv-1851-TSZ-MLP<br><br>ORDER |

Having reviewed the Report and Recommendation, docket no. 3, of the Honorable Michelle L. Peterson, United States Magistrate Judge, to which no objection was filed, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Petitioner's proposed 28 U.S.C. § 2254 petition for writ of habeas corpus, docket no. 1, is DISMISSED without prejudice.

The Clerk is directed to send copies of this Order to petitioner pro se and to Judge Peterson.

Dated this 13th day of January, 2020.

                       /s/ Thomas S. Zilly
                       Thomas S. Zilly
                       United States District Judge

ORDER - 1